

ORIGINAL

FILED

03/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0365

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0365

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MONTE BLAIN GOSSARD,

      Defendant and Appellant.

FILED

MAR 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

## ORDER

---

Upon consideration of Appellant's motion for extension of time,

and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension

of time to and including April 29, 2020, within which to prepare, file,

and serve Appellant's opening brief on appeal.

DATED this 20th day of March, 2020.

Chief Justice